RECEIVED
IN LAKE CHARLES, LA.

JUL -9 2013

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| BILLY RAYBURN<br>471966 | CIVIL ACTION NO. 2:11-CV-1200<br>SECTION P |
| VS. | JUDGE PATRICIA MINALDI |
| STATE OF LOUISIANA, ET AL | MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 15] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b)(1).

Lake Charles, Louisiana, on this 8 day of July, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE